*Certificate of Service*

I hereby certify that on (date) _____, I filed the attached document with

the Clerk of Court and served the attached document by (service method)

_____ on the following, who are

not registered participants of the Electronic Case Filing System:  (insert names and addresses)

_____
Signature

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES A. WEBRE, an individual, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No._____ |
| | ) | |
| ECS FEDERAL, LLC, a Delaware | ) | |
| Limited Liability Company, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## COMPLAINT

Plaintiff, James A. Webre ("Plaintiff"), for his Complaint against Defendant, ECS Federal, LLC ("Defendant"), alleges and states as follows:

## PARTIES

1. Plaintiff is a resident of Oklahoma County, Oklahoma.

2. Defendant is a Limited Liability Company formed under the laws of the State of Delaware with a principal place of business located in Fairfax, Virigina.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 USCS § 1331, because this case arises under federal law,

1

specifically the antiretaliation provisions of the National Defense Authorization Act found at 41 U.S.C. § 4712, which provides whistleblower protections for employees of federal contractors, subcontractors, grantees, and subgrantees.

4.      This Court has personal jurisdiction over Defendant because Defendant provides services as a federal contractor to the United States Postal Service (USPS) in Norman, Oklahoma.

5.      Venue is proper in this District pursuant to 28 U.S.C. 1391(b), because the events giving rise to the claims occurred within the Western District of Oklahoma, and the Defendant conducts business within this District.

6.      Pursuant to 41 U.S.C. § 4712(b)(1), Plaintiff has exhausted his administrative remedies; he filed a complaint with the United States Postal Service Office of Inspector General on or about May 22, 2025, and on May 23, 2025, the United States Postal Service Office of Inspector General advised Plaintiff that it was declining to investigate his complaint. *See* 41 U.S.C. § 4712(c)(2).

## STATEMENT OF FACTS

7.    At all relevant times, Plaintiff was employed by Defendant as a Field Service Engineer, which included the following duties and responsibilities:

a. Deliver Tier III technical support to USPS National Service Technicians on the Biohazard Detection System ("BDS") as a Subject Matter Expert, ensuring system reliability under regulatory conditions;

b. Deliver maintenance and support of Workstation and Server Software and Hardware used by the BDS System;

c. Develop and deliver Knowledge Base articles to assist in diagnosing and resolving technical issues with BDS Servers, contributing to system uptime and supporting asset lifecycle management;

d. Update and maintain Service Tickets in the Service Now Ticketing system to track daily support efforts and ensure adherence to technical controls; and

e. Assist vendor (Northrop Grumman) with performing Database Recovery on BDS Servers, demonstrating effective troubleshooting and recovery processes during critical system outages.

8. Defendant is a federal contractor that provides Information Technology services, field support, and technical solutions services to the federal government, including the United States Postal Service's Maintenance Technical Support Center ("MTSC") located in Norman, Oklahoma.

9. As part of Plaintiff's job duties as a Field Service Engineer for Defendant, Plaintiff had administrative password access to United States Postal Service MTSC systems supported by Defendant.

10. One such system for which Plaintiff provided support was the MTSC's Biohazard Detection System ("BDS"), designed to detect anthrax in the mail to ensure the safety of postal employees and customers.

11. On or about May 20, 2025, Plaintiff was working on site at the MTSC with his Team Leader, Jenny Jacobi ("Jacobi"), and a USPS employee located in Washington, DC to troubleshoot issues with the BDS at MTSC.

12. Jacobi is a Maintenance Engineering Analyst with the United States Postal Service with authority to investigate, discover, or address misconduct.

4

13.     During the May 20th troubleshooting session on the BDS, Jacobi instructed Plaintiff to provide the USPS employee with Plaintiff's administrative level password to expedite the services being provided.

14.     The USPS employee was not authorized to receive Plaintiff's administrative-level password to the BDS system, and providing Plaintiff's administrative-level password to the employee would have improperly allowed that employee access to numerous systems and databases.

15.     The USPS policies and procedures made it unlawful and/or a violation of Plaintiff's duties and responsibilities to disclose the administrative-level password to an unauthorized individual.

16.     For example, the USPS prohibits the sharing of passwords with anyone other than an authorized user, and such policy is reflected in the USPS' promulgated Official Handbook AS-805, which is its Handbook on Information Security and contains restrictions on the use and sharing of passwords such as Plaintiff's.

17.     Plaintiff had also received training on numerous occasions from Defendant forbidding him from sharing the administrative-level password with any unauthorized user.

18. Jacobi's order to Plaintiff to provide the administrative-level password to an unauthorized USPS employee was an unlawful and illegal directive in violation of federal law, regulations, and rules related to the federal contract.

19. Based on training provided to him by ECS, Plaintiff reasonably believed that disclosing the administrative password to an unauthorized individual would violate federal information security laws, regulations, and rules related to the federal contract.

20. Faced with a "Hobson's choice," Plaintiff refused Jacobi's order to provide the administrative-level password to the USPS employee located in Washington, DC.

21. Upon Plaintiff's refusal to provide the administrative-level password to an unauthorized individual, Jacobi demanded that Plaintiff go to the atrium of the MTSC and berated him for refusing to comply with her directive.

22. Later that same day (May 20, 2025), Plaintiff was orally counseled and disciplined by two supervisors, USPS Manager Chris Harris and ECS Supervisor Mark Wyman, with both of them directing that Plaintiff do whatever is asked of him by Jacobi, no questions asked.

23.    On May 22, 2025, Plaintiff was summoned to a meeting with his supervisors: USPS Senior Director Brian Watts, ECS Supervisor Mark Wyman, and ECS Manager Randy Eacret (the "May 22nd Meeting").

24.    At the May 22nd Meeting, Plaintiff was advised that his employment was being terminated for insubordination, not being a team player, and a failure to follow directions.

25.    The actual reason for Plaintiff's termination was his protected conduct, i.e., his refusal to follow Jacobi's unlawful directive to disclose the administrative password to an unauthorized government employee.

## CLAIMS FOR RELIEF

### Count I - Violation of Whistleblower Protection
### 41 U.S.C. § 4712

26.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 25 as if fully set forth herein.

27.    Plaintiff was an employee of Defendant, a federal contractor, subcontractor, grantee, subgrantee, or personal services contractor.

28.    Defendant is a federal contractor, subcontractor, grantee, subgrantee, or personal services contractor as defined by 41 U.S.C. § 4712.

7

29.     Plaintiff engaged in protected activity under 41 U.S.C. § 4712 by refusing to disclose the administrative password to an unauthorized government employee.

30.     Jacobi's directive to Plaintiff to disclose the administrative password to an unauthorized individual constituted an abuse of authority relating to a Federal contract or grant.

31.     Plaintiff reasonably believed that disclosing the administrative password to an unauthorized individual potentially presented a substantial and specific danger to public health or safety.

32.     Plaintiff reasonably believed that disclosing the administrative password to an unauthorized individual violated federal laws, rules, or regulations related to a federal contract, including information security requirements.

33.     Based on training provided to Plaintiff by Defendant, along with various publications and guidance promulgated by the USPS, including Official Handbook AS-805 on Information Security, Plaintiff would have violated his obligations and federal law, regulations, and policies by disclosing the administrative password to an unauthorized individual.

34.    USPS Handbook AS-805 on Information Security forbids a USPS employee or agent from disclosing a security password to an unauthorized user.

35.    Plaintiff suffered an adverse employment action when Defendant terminated his employment.

36.    Plaintiff's protected activity was a contributing factor in Defendant's decision to terminate his employment.

37.    The temporal proximity between Plaintiff's refusal to disclose the password and his termination supports the inference that his protected activity was a contributing factor in the adverse employment action.

**Count II - Wrongful Termination in Violation of Public Policy**

38.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 37 as if fully set forth herein.

39.    An employment relationship existed between Plaintiff and Defendant.

40.    Defendant terminated Plaintiff's employment.

41.    Plaintiff's termination violated a clear mandate of public policy.

42. There is a strong public policy interest in maintaining the security of information systems, particularly those connected to government contracts and operations.

43. Plaintiff's refusal to disclose the administrative password to an unauthorized government employee was in furtherance of this important public policy.

44. Had Plaintiff provided the administrative password to an unauthorized employee, it would have caused significant injury to the USPS and would have required numerous USPS facilities across the country to take mitigating actions to address the disclosure of this administrative level password.

45. A causal connection exists between Plaintiff's refusal to violate public policy and his termination.

46. Plaintiff was terminated shortly after refusing to disclose the administrative password to an unauthorized government employee.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, and award the following relief:

A.    Compensatory damages for lost wages, including back pay, front pay, lost benefits, special damages for emotional distress, and other economic losses in an amount to be determined at trial.

B.    Reinstatement to the position Plaintiff would have held but for the unlawful termination, with all associated benefits and seniority.

C.    Reasonable attorneys' fees and costs incurred in bringing this action pursuant to 41 U.S.C. § 4712.

D.    Pre-judgment and post-judgment interest as allowed by law.

E.    Such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Evan J. Edler*
Ronald T. Shinn, Jr., OBA #19569
Evan J. Edler, OBA #34269
HB Law Partners, PLLC
4217 28th Ave. NW, Suite 101
Norman, OK 73069
(405) 561-2410
(405) 563-9085 (fax)
ron@hblawpartners.com
evan@hblawpartners.com
***Attorneys for Plaintiff***

**ATTORNEY'S LIEN CLAIMED**

11

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JAMES A. WEBRE, an individual

## DEFENDANTS

ECS FEDERAL, LLC,  a Delaware Limited Liability Company

**(b)** County of Residence of First Listed Plaintiff   Oklahoma
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Fairfax County, VA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Ronald T. Shinn, Jr. and Evan J. Edler, HB Law Partners, PLLC; 4217 28th Ave NW, Suite 101 Norman, OK 73069

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
41 U.S.C. Section 4712

Brief description of cause:
Wrongful termination in violation of public policy.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE
12/30/2025

SIGNATURE OF ATTORNEY OF RECORD
/s/ Ronald T. Shinn, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

JAMES A. WEBRE,  an individual,            )
                                           )
                                           )
                                           )
              Plaintiff(s),                )
                                           )
                                           )        Case No.  CIV-25-1572-PRW
v.                                         )
ECS FEDERAL, LLC, a Delaware               )
Limited Liability Company,                 )
                                           )
                                           )
              Defendant(s).                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ECS Federal, LLC
At any known address


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ronald T. Shinn, Jr.
Evan J. Edler
HB Law Partners, PLLC
4217 28th Ave NW, Suite 101 Norman, OK 73069

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
3:03 pm, Dec 30, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-1572-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**          **Save As...**                                    **Reset**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Wilmington, DE 19801

| Certified Mail Fee | $5.30 |
| $ | $4.40 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____ $0.00
☐ Return Receipt (electronic)       $ _____ $0.00
☐ Certified Mail Restricted Delivery $ _____ $0.00
☐ Adult Signature Required          $ _____ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage    $2.44
$

Total Postage and Fees
$12.14

0433
45

Postmark
Here

12/31/2025

Sent To  ECS Federal, LLC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®  Wilmington DE                    Webre

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

EXHIBIT A

**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOU...**

# USPS Tracking®

FAQs >

### Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052703365728227

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:27 am on January 8, 2026 in WILMINGTON, DE 19801.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WILMINGTON, DE 19801
January 8, 2026, 5:27 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

Feedback

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Glen Allen, VA 23060

Certified Mail Fee

$   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ ____ $0.00
- ☐ Return Receipt (electronic)   $ ____ $0.00
- ☐ Certified Mail Restricted Delivery   $ ____ $0.00
- ☐ Adult Signature Required   $ ____ $0.00
- ☐ Adult Signature Restricted Delivery  $ ____ $0.00

Postage

$   $2.44

Total Postage and Fees

$  $12.14

Postmark Here

12/31/2025

Sent To   ECS Federal, LLC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Glen Allen VA

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOU...**

# USPS Tracking®

FAQs ›

### Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052703365728210

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:12 am on January 7, 2026 in GLEN ALLEN, VA 23060.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Delivered, Left with Individual**

GLEN ALLEN, VA 23060
January 7, 2026, 11:12 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                   ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

Case 5:25-cv-01572-PRW    Document 5    Filed 01/08/26    Page 22 of 22

**FAQs**