# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES A. WEBRE, an individual, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-01572-PRW |
| | ) | |
| ECS FEDERAL, LLC, a Delaware | ) | |
| Limited Liability Company, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF CHANGE OF ADDRESS FOR HB LAW PARTNERS, PLLC

**PLEASE TAKE NOTICE** that counsel for Plaintiff, HB Law Partners, PLLC will be moving offices effective March 1, 2026. Our new addresses are listed below:

**Mailing Address:**
PO Box 668
Norman, Oklahoma 73070

**Physical Address:**
480 24th Ave. NW, Suite 200
Norman, OK 73069

Only the firm's physical address and mailing address have changed. The firm's telephone number, facsimile number, and email address will remain the same. Please update your records to reflect our new addresses.

Respectfully submitted,

*/s/ Ronald T. Shinn, Jr.*
Ronald T. Shinn, Jr., OBA #19569
Evan J. Edler, OBA #34269
HB Law Partners, PLLC

1

PO Box 668
Norman, OK 73070
(405) 561-2410
(405) 563-9085 (fax)
ron@hblawpartners.com
evan@hblawpartners.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants associated with this case.

*/s/ Ronald T. Shinn, Jr.*

2